**2**

STATE of Missouri, Respondent,

v.

Robert HILL, Appellant.

No. WD 37503.

Missouri Court of Appeals,
Western District.

May 6, 1986.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 26, 1986.

Application to Transfer Denied
Sept. 16, 1986.

Susan Lynn Hogan, Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. General, Kansas City, William Webster, Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and PRITCHARD, and TURNAGE, JJ.

PER CURIAM:

ORDER

Appeal from a jury-trial conviction of offering violence to a correctional officer, in violation of § 217.385, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).